AO 91 (Rev. 11/11)  Criminal Complaint

FILED

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas  ☐

FEB 10 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
         DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | SA:26-MJ-168 |
| Jesus Ivan Gonzalez Castaneda | ) | Case No. 5:26-MJ-477 |
| | ) | |
| | ) | **SEALED** |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 15, 2024__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252, 2252A | Possession/Transportation of Child Pornography |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

*Calvin Alexander Moten*
Complainant's signature

FBI Special Agent Calvin Moten
Printed name and title

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim. P. 4.1:.

Date: __February 09, 2026__

*Brian C. Bajew*
Judge's signature

City and state: __Laredo, Texas__   Brian C. Bajew, U.S. Magistrate Judge
Printed name and title

ATTACHMENT A

IN RE: Jesus Ivan Gonzalez Castaneda

I, FBI Special Agent Calvin Alexander Moten, being first duly sworn, hereby depose and state as follows:

In August of 2025, the Federal Bureau of Investigation (FBI) received a Cyber Tipline Report (CyberTip) from the National Center for Missing and Exploited Children (NCMEC) which referenced an offense that occurred on October 15, 2024, in Laredo, Texas. The CyberTip provided one video of suspected child pornography was flagged by Instagram, that was sent by Instagram user Evan Gonzalez in a private chat/instant message to Instagram user Alejandro Maldonado.

The one media file that was uploaded was a color video, approximately 40 seconds in length of one fully nude prepubescent female child conducting an oral sexual act toward an adult male. FBI Special Agents reviewed this video and verified that it was consistent with child pornography.

CyberTip provided the following identifiers for the Instagram account that sent/uploaded the video, name: Evan Gonzalez, date of birth: ▮▮▮, phone number: ▮▮▮, email address: igonzales10@vzwblackberry.net, and screen/username: igonzales10. CyberTip also provided the following identifiers for the Instagram account that received/download the video, name: Alejandro Maldonado, phone: ▮▮▮ screen/username: jandoruso.

FBI Special Agents utilized open-source databases regarding the identifiers provided by CyberTip for the sender/uploader account listed under Evan Gonzalez. Databases recovered one Jesus Ivan Gonzalez Castaneda (Gonzalez Castaneda), date of birth: ▮▮▮ and phone number: ▮▮▮, which are all consistent with the matching identifiers provided by CyberTip. Both the email address (igonzales10@vzw.blackberry.net) and screen/username (igonzales10) provided by the CyberTip associated with the sender's Instagram account bare resemblance to "Ivan" and "Gonzalez" from Gonzalez Castaneda's full name and other social media display and usernames. Open-source databases also discovered a Snapchat account (username: jesusivango3747, display name: Jesus Ivan Gonzalez) and TikTok account (username/display name: ivangonzalez4715) associated to the phone number ▮▮▮ provided by CyberTip.

On January 23, 2026, FBI San Antonio interviewed Jesus Ivan Gonzalez Castaneda (Gonzalez Castaneda), DOB: ▮▮▮. Gonzalez Castaneda confirmed his employment at R S Excavation for around 11 years as a finish dozer operator. Gonzalez

Castaneda worked in Laredo, Texas for a twenty-month period starting in late 2023 to 2025. During this time Gonzalez Castaneda's employment rented residences in the Laredo area so that the employees including Gonzalez Castaneda could live around the job site. Gonzalez Castaneda's used Verizon cellular service provider for his Samsung Galaxy phone that he had for roughly a year. Gonzalez Castaneda had an Instagram account which was closed roughly a year ago to the interview date. Gonzalez Castaneda had Facebook account (username: Evan Gonzales) and TikTok account (username: ivangonzales4715) both utilizing different variations of his name as his username similar to his Instagram account. Gonzalez Castaneda confirmed to know Alejandro Maldonado as a childhood friend located in his hometown Saltillo Coahuila, Mexico. Neighbors that lived next to Alejandro Maldonado expressed that Maldonado was going down a bad path with drugs. Gonzalez Castaneda claimed that Alejandro Maldonado sent "bad photos" of young women to Gonzalez Castaneda on Instagram. Gonzalez Castaneda claimed to not have sent any images or media back to Alejandro Maldonado per the interview.

Based on my experience and the aforementioned facts and observations, I believe there is probable cause that Jesus Ivan Gonzalez Castaneda. acted in violation of, Title 18 United States Code Section 2252A.

# 11920730

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | SA: 26- MJ-168 |
| Jesus Ivan Gonzalez Castaneda | ) | Case No. 5:26-MJ-477 |
| | ) | SEALED |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Jesus Ivan Gonzalez Castaneda

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession/Transportation of Child Pornography, 18 U.S.C. 2252A

Date: February 09, 2026

*Brian C. Bajew*
Issuing officer's signature

City and state:   Laredo, Texas

Honorable Brian C. Bajew US Magistrate Judge
Printed name and title

| Return |
|---|
| This warrant was received on (date) _____, and the person was arrested on (date) _____ at (city and state) _____ |
| Date: _____   Arresting officer's signature _____ |
| Printed name and title _____ |